# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 19, 2019

## NO. 03-17-00745-CV

**North Carolina Furniture Direct I, Ltd., d/b/a North Carolina Furniture Direct and North Carolina Furniture Direct Ltd., Co., Appellants**

**v.**

**Edison Cement Corp. d/b/a Edison Furniture Co., Appellee**

## APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on August 15, 2017. North Carolina Furniture Direct I, Ltd., d/b/a North Carolina Furniture Direct and North Carolina Furniture Direct Ltd., Co., have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.